

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2019

No. 04-19-00760-CV

**IN THE INTEREST OF K. E. H.**, a Child

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 03-10-16641-CV
Honorable Kelley Kimble, Judge Presiding

## ORDER

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

We order costs of this appeal assessed against appellant Brian Griffin.

It is so **ORDERED** on December 27, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2019.

_____
Michael A. Cruz, Clerk of Court